```
 1  Jason A. Geller (SBN 168149)
    E-Mail: jgeller@fisherphillips.com
 2  Danielle S. Krauthamer (SBN 305311)
    E-Mail: dkrauthamer@fisherphillips.com
 3  FISHER & PHILLIPS LLP
    One Embarcadero Center, Suite 2050
 4  San Francisco, California 94111
    Telephone: (415) 490-9000
 5
    Attorneys for Defendants
 6  ATIEVA, INC., HANS-CHRISTOPH ECKSTEIN;
    WIEBKE ECKSTEIN; and ERIC MAGNUS BACH
 7
    HARNESS, DICKEY & PIERCE, P.L.C.
 8  Monte L. Falcoff (Pro Hac Vice)
    E-Mail: mlfalcoff@harnessip.com
 9  Glenn. E. Forbis (Pro Hac Vice)
    E-Mail: gforbis@harnessip.com
10  Jeremiah J. Foley (Pro Hac Vice)
    E-Mail: jfoley@harnessip.com
11  5445 Corporate Drive, Suite 200
    Troy, MI 48098
12  Tel.: 248-641-1600

13  Of Counsel for Defendants
    ATIEVA, INC., HANS-CHRISTOPH ECKSTEIN;
14  WIEBKE ECKSTEIN; and ERIC MAGNUS BACH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL SIELER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATIEVA, INC, a California Corporation DBA LUCID MOTORS, HANS-CHRISTOPH ECKSTEIN, an individual, WIEBKE ECKSTEIN, an individual, ERIC MAGNUS BACH, an individual,<br><br>　　　　　Defendants. | Case No: 5:22-cv-00063-NC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ANTI-SLAPP MOTION TO STRIKE PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO CALIFORNIA *CODE OF CIVIL PROCEDURE* SECTION 425.16**<br><br>DATE:　　　October 12, 2022<br>TIME:　　　1:00 p.m.<br>CTRM:　　　5, 4th Floor<br><br>Complaint Filed: January 5, 2022<br>FAC Filed:　　　March 28, 2022<br>SAC Filed:　　　May 2, 2022<br>TAC Filed:　　　August 19, 2022<br>Trial Date:　　　None Set |

On October 12, 2022, at 1:00 P.M., Defendants ATIEVA, INC. ("Lucid"); HANS-CHRISTOPH ECKSTEIN; WIEBKE ECKSTEIN; and ERIC MAGNUS BACH ("Defendants") Anti-SLAPP Motion to Strike Plaintiff MARCEL SIELER's ("Sieler" or "Plaintiff") Third Amended Complaint and Request for Attorneys' Fees and Costs came on for hearing before the Honorable Nathanael Cousins in Courtroom 5 of the above-captioned Court.

After full consideration of the papers in support of and in opposition to the Anti-SLAPP Motion to Strike, the Declarations of Danielle S. Krauthamer and Lisa Lara, counsels' arguments, and all admissible evidence proffered by the parties, and good cause appearing therefrom, the Court hereby grants Defendants' Anti-SLAPP Motion to Strike as follows:

The Court hereby orders that Defendants' Anti-SLAPP Motion to Strike Sieler's defamation claim is GRANTED. The Court hereby orders that Sieler's defamation claim is dismissed with prejudice against Defendants on the grounds that Sieler's claim arises from proceedings subject to Code of Civil Procedure section 425.16 and that Sieler has not established that there is a probability he will prevail on his defamation claim.

The Court hereby orders that Defendants' Anti-SLAPP Motion to Strike Sieler's intentional misrepresentation/concealment claim is GRANTED. The Court hereby orders that Sieler's intentional misrepresentation claim is dismissed with prejudice against Defendants on the grounds that Sieler's claim arises from proceedings subject to Code of Civil Procedure section 425.16 and that Sieler has not established that there is a probability he will prevail on his intentional misrepresentation claim.

The Court hereby orders that Defendants' Anti-SLAPP Motion to Strike Sieler's negligent misrepresentation claim is GRANTED. The Court hereby orders that Sieler's negligent misrepresentation claim is dismissed with prejudice against Defendants on the grounds that Sieler's claim arises from proceedings subject to Code of Civil Procedure section 425.16 and that Sieler has not established that there is a probability he will prevail on his negligent misrepresentation claim.

The Court hereby orders that Defendants' Anti-SLAPP Motion to Strike unfair competition claim is GRANTED. The Court hereby orders that Sieler's unfair competition claim is dismissed with prejudice against Defendants on the grounds that Sieler's claim arises from proceedings subject to Code of Civil Procedure section 425.16 and that Sieler has not established that there is a probability he will

prevail on his unfair competition claim.

The Court hereby orders that Defendants' Anti-SLAPP Motion to Strike Sieler's breach of contract claim is GRANTED. The Court hereby orders that Sieler's breach of contract claim is dismissed with prejudice against Defendants on the grounds that Sieler's claim arises from proceedings subject to Code of Civil Procedure section 425.16 and that Sieler has not established that there is a probability he will prevail on his breach of contract claim.

Defendants' Request for Attorneys' Fees and Costs in the amount of $9,906.00 is GRANTED.

**THE COURT FURTHER ORDERS:**

_____
_____
_____
_____
_____
_____
_____
_____.

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                    Honorable Nathanael Cousins
                                    United States Magistrate Judge