UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL SIELER,<br>　　　　Plaintiff,<br>　　v.<br>ATIEVA, INC., and others,<br>　　　　Defendant. | Case No. 22-cv-063 NC<br><br>**ORDER SETTING STATUS CONFERENCE AND REQUESTING MORE INFORMATION FROM PLAINTIFF** |

On January 12, 2023, plaintiff Marcel Sieler filed a Notice of Appeal to the Ninth Circuit, seeking to appeal this Court's December 16, 2022, order granting Defendants' motion to dismiss and denying Defendants' motion to strike. ECF 83. Under 28 U.S.C. § 1291, the courts of appeal have jurisdiction of appeals from all "final decisions" of the district courts. Here, the December 16 order was not a "final decision" because it resolved only some of the claims in the operative complaint; the Court has not entered Judgment.

The Court therefore seeks more information from Sieler. Does Sieler wish to dismiss count one of the Third Amended Complaint for correction of inventorship? Does Sieler wish the Court to enter Judgment? Is there some other basis for appellate jurisdiction?

Sieler must respond to these questions in writing filed by January 26. Defendants may at their option respond by January 31. The Court sets a status hearing to discuss the

jurisdictional impact of the appeal for February 1, 2023, at 1:00 p.m. by Zoom.  Barring further Court order, the Court has not stayed litigation of the correction of inventorship claim and Defendants should still answer the Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: January 13, 2023        
                               NATHANAEL M. COUSINS
                               United States Magistrate Judge