| | |
|---|---|
| Michael F. Heafey (SBN 153499)<br>michael.heafey@rimonlaw.com<br>RIMON, P.C.<br>800 Oak Grove Avenue, Suite 250<br>Menlo Park, California 94025<br>Telephone: 650.461.4433<br>Facsimile: 650.461.4433<br><br>Attorneys for Plaintiff *MARCEL SIELER* | Rex A. Mann (*Pro Hac Vice*)<br>rmann@winston.com<br>Texas Bar No. 13922550<br>WINSTON & STRAWN LLP<br>2121 N. Pearl Street, Suite 900<br>Dallas, Texas 75201<br>Telephone: 214.453-6500<br><br>Attorneys for Defendants *ATIEVA, INC. DBA LUCID MOTORS, HANS CHRISTOPH ECKSTEIN, WEBKE ECKSTEIN and ERIC BACH* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| MARCEL SIELER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATIEVA, INC., a California Corporation, DBA LUCID MOTORS, HANS CHRISTOPH ECKSTEIN, an individual, WIEBKE ECKSTEIN, an individual, ERIC MAGNUS BACH, an individual,<br><br>　　　　　Defendants. | Case No. 5:22-cv-00063-NC<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Honorable Nathanael M. Cousins |

Plaintiff Marcel Sieler ("Plaintiff") and Defendants Atieva, Inc., DBA Lucid Motors, Lucid USA, Inc., Hans Christoph Eckstein, Wiebke Eckstein and Eric Magnus Bach (collectively, including counter-claimants, referred to as "Defendants") (collectively "Plaintiff" and "Defendants" are the "Parties"), through their respective counsel of record, hereby stipulate, in consideration of a negotiated settlement executed by the Parties, to the dismissal with prejudice of this action with each party bearing their own attorney's fees and costs.

Plaintiff Marcel Sieler hereby <u>dismisses with prejudice</u> all legal claims he has asserted in this action and <u>dismisses with prejudice</u> all affirmative defenses he has asserted to Defendants' counterclaims.

Defendants hereby <u>dismiss with prejudice</u> all counterclaims and affirmative defenses they have asserted, individually and collectively, in this action.

Dated:  December 22, 2023            RIMON, P.C.

                                     By: /s/ *Michael F. Heafey*
                                        Michael F. Heafey

                                     Attorneys for Plaintiff, MARCEL SIELER

Dated:  December 22, 2023            WINSTON & STRAWN LLP

                                     By: /s/ *Rex A. Mann*
                                        Rex A. Mann

                                     Attorneys for Defendants ATIEVA, INC. DBA LUCID MOTORS, LUCID USA, INC., HANS CHRISTOPH ECKSTEIN, WEBKE EXKSTEIN and ERIC BACH

**ORDER**

Plaintiff's legal claims and affirmative defenses to Defendants' counterclaims are <u>dismissed with prejudice</u>.  Defendants', individually and collectively, counterclaims and affirmative defenses are <u>dismissed with prejudice</u>.  The Parties shall bear their own costs.

IT IS SO ORDERED this <u>22nd</u>  day of December 2023.



_____
Honorable Nathanael Cousins
United States District Judge

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Michael F. Heafey, attest that concurrence in the filing of this document has been obtained.

/s/ Michael F. Heafey  
Michael F. Heafey

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2023, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all attorneys of record in this case.

/s/ Michael F. Heafey  
Michael F. Heafey